UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN PROTECTION &
ADVOCACY SERVICE, INC.        Case No. 2:11-cv-14503-MOB-MKM

      Plaintiff,        Hon. Marianne O. Battani
        Hon. Mona K. Mazjoub

v.

OLGA DAZZO, in her official capacity as
Director of the Michigan Department of
Community Health,

      Defendant.
_____/

| MICHIGAN PROTECTION & ADVOCACY SERVICE, INC. | MICHIGAN DEPARTMENT OF ATTORNEY GENERAL |
|---|---|
| Nicole E. Shannon (P73771) | HEALTH, EDUCATION & FAMILY SERVICES DIVISION |
| Chris E. Davis (P52159) | Santiago Rios (P48199) |
| 4095 Legacy Pkwy., Suite 500 | P.O. Box 30758 |
| Lansing, MI 48911 | Lansing, MI 489109 |
| Phone: 517-487-1755 | Phone: 517- 373-7700 |
| Fax: 517-487-0827 | Fax: 517-335-1152 |
| nshannon@mpas.org | rioss3@michigan.gov |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

_____/

## STIPULATION OF DISMISSAL

Pursuant to FRCP 41(a)(1)(ii), it is hereby STIPULATED:

1. This Stipulation of Dismissal resolves all matters pursuant to the above captioned case.

2. Defendant acknowledges that, in its role as Michigan's designated public advocacy and protection agency, Plaintiff's authority to access records under the Protection and Advocacy for Individuals with Mental Illness Act, 42 U.S.C. § 1805 *et seq.* (PAIMI Act) includes access to peer review records and other otherwise confidential internal records. (Def.'s Resp. ¶ 2, Doc. 13).

3. Defendant acknowledges that access to these confidential records as allowed and required by PAIMI in this case, and as applicable in the future, are necessary for MPAS to fulfill its statutory mandates as the State of Michigan's designated protection and advocacy system. (Def.'s Resp. ¶ 3, Doc. 13).

4. Plaintiff acknowledges that it is in receipt of the remaining records at issue in this case.

5. Defendant shall send a check payable to "Michigan Protection & Advocacy Service, Inc." in the amount of $350.00 to Plaintiff no later than thirty days after the entry of this Stipulation of Dismissal.

6. This case is dismissed with prejudice.

On January 6, 2012, I consented to the form and content of this Order:

| | |
|---|---|
| /s/ Nicole E. Shannon | /s/ with consent of Santiago Rios |
| Michigan Protection & Advocacy Service, Inc. | Michigan Department of Attorney General Health, Education & Family Services Div. |
| 4095 Legacy Parkway, Suite. 500 | P.O. Box 30758 |
| Lansing, MI 48911 | Lansing, MI 48909 |
| (517) 487-1755 | (517) 373-7700 |
| nshannon@mpas.org | rioss3@michigan.gov |
| P73771 | P48199 |